UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BRIDGEPORT MUSIC, INC., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT HILL MUSIC, *et al* <br><br> Defendants. | No. 3:05-0377 <br><br> Jury Demand <br> Judge Campbell <br> Magistrate Judge Brown |

### MOTION OF DEFENDANT UMG RECORDINGS, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO ORDER OF APRIL 17, 2006

Defendant UMG Recordings, Inc. ("UMG") hereby respectfully moves this Court for an order authorizing the filing under seal of Exhibit 2 to the Declaration of Marc E. Mayer in support of its Motion To Enforce the Parties' Agreement To Dismiss Claims On Seven Products At Issue, Or, Alternatively, For Leave To File A Dispositive Motion And Counterclaim.

Good cause exists to allow this document to be filed under seal. Indeed, the requested filing under seal is required by this Court's orders. On April 17, 2006, this Court issued an order requiring Plaintiff Bridgeport Music, Inc. ("Bridgeport") to produce documents reflecting portions of a settlement agreement between itself and members of the Warner Music Group (the "Warner Settlement Agreement.") Pursuant to that order, such documents were to be provided by Bridgeport to UMG on an attorneys'-eyes only basis, not to be disclosed without permission of the Court.

The Warner Settlement Agreement is critical and central to the issues presented in UMG's Motion. Accordingly, the relevant portions of the Warner Settlement Agreement

(Exhibit 2 to the Declaration of Marc E. Mayer) are attached hereto and filed under seal concurrently herewith.

Date: October 10, 2006            Submitted by:

/s/ Russell J. Frackman
Russell J. Frackman
MITCHELL SILBERBERG & KNUPP, LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
(310) 312-2000 (Telephone)
(310) 312-3100 (Facsimile)

Philip M. Kirkpatrick, BPR No. 6161
STEWART, ESTES & DONNELL, PLC
Fifth Third Center, 14th Floor
424 Church Street
Nashville, Tennessee 37219
(615) 244-6538 (Telephone)
(615) 256-8386 (Facsimile)
*Attorneys for Defendants Universal-Songs of PolyGram International, Inc. and UMG Recordings, Inc.*

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and exact copy of the foregoing MOTION OF DEFENDANT UMG RECORDINGS, INC. FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL PURSUANT TO ORDER OF APRIL 17, 2006 was served upon Plaintiffs, via the Court's electronic filing system, to the following address:

Richard S. Busch
Ramona DeSalvo
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, Tennessee 37201

on the 10th day of October, 2006.

By: /s/ Philip M. Kirkpatrick
Philip M. Kirkpatrick