IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC. | ) | |
| | ) | |
| v. | ) | 3:05-0377 |
| | ) | JUDGE CAMPBELL |
| ROBERT HILL MUSIC, ET AL. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 91), entered September 13, 2006, and Rule 72 Objections of Defendants Universal-Songs of Polygram International, Inc. and UMG Recordings, Inc. to Report & Recommendation and Proposed Order Re Default Judgment Against Defendant Robert Hill Music (Docket No. 95). The Court has independently reviewed the Magistrate Judge's findings and conclusions and has made a de novo determination on the pending matters. 28 U.S.C. §636(b).

Universal-Songs of Polygram International, Inc.'s Rule 72 Objections are DENIED and the Magistrate Judge's Report and Recommendation (Docket No. 91) is ADOPTED and APPROVED.

Accordingly, Plaintiff's Motion for Judgment by Default Against Defendant Robert Hill Music (Docket No. 73) is GRANTED. By contemporaneous Order, the Court shall enter default judgment against Defendant Robert Hill Music.

This case shall continue against the remaining Defendants, Universal-Songs of Polygram International, Inc., 4th & Broadway, Universal Music Group, Hip-O Records, Interscope Records, Island Def Jam Music Group and UMG Recordings, Inc.

IT IS SO ORDERED.

                                                       _____
                                                      TODD J. CAMPBELL
                                                      UNITED STATES DISTRICT JUDGE