IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BRIDGEPORT MUSIC, INC.          )
                                )
v.                              )    No. 3:05-0377
                                )    JUDGE CAMPBELL
ROBERT HILL MUSIC, ET AL.       )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered November 14, 2006 (Docket No. 175), Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge Regarding UMG Recording, Inc.'s Motion for Summary Judgment (Docket No. 190), and Objections of Defendant UMG Recordings, Inc. to Portions of the November 14, 2006 Report & Recommendation Re: Partial Summary Judgment or, Alternatively, UMG's Request to Hold the Report & Recommendation in Abeyance Pending the Disposition of UMG's Dispositive Motion (Docket No. 194). The Court has reviewed the Magistrate Judge's findings, the objections and the record. 28 U.S.C. §636(b)(1)(B).

Plaintiff's Objections (Docket No. 190) are OVERRULED. Defendant UMG Recordings, Inc.'s Objections (Docket No. 194) are OVERRULED. The Report and Recommendation of the Magistrate Judge (Docket No. 175) is ADOPTED and APPROVED.

Accordingly, Motion of Defendant UMG Recordings, Inc. for Partial Summary Judgment (Docket No. 63) is GRANTED in part and DENIED in part. Defendant UMG Recordings, Inc.'s Motion for Partial Summary Judgment is DENIED with respect to the Warner Settlement Agreement. Defendant UMG Recordings, Inc.'s Motion for Partial Summary Judgment is GRANTED with respect to any claims accruing prior to May 12, 2002.

Defendant UMG Recordings, Inc.'s Motion to Hold the Report & Recommendation in Abeyance Pending Disposition of UMG's Dispositive Motion (Docket No. 194) is DENIED.

The trial of this matter remains set for September 25, 2007 at 9:00 a.m. with a pretrial conference on September 17, 2007 at 9:00 a.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE