IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC. | ) | |
| | ) | |
| v. | ) | No. 3:05-0377 |
| | ) | JUDGE CAMPBELL |
| ROBERT HILL MUSIC, ET AL. | ) | |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge entered November 17, 2006 (Docket No. 177), Plaintiff's Objections to the Report and Recommendation of the Magistrate Judge Regarding Universal Songs of Polygram International, Inc.'s Motion for Summary Judgment (Docket No. 197), and Objections of Defendant Universal-Songs of Polygram International, Inc. to Portions of the November 17, 2006 Report & Recommendation Re: Partial Summary Judgment (Docket No. 187). The Court has reviewed the Magistrate Judge's findings, the objections and the record. 28 U.S.C. §636(b)(1)(B).

Plaintiff's Objections (Docket No. 197) are OVERRULED. Defendant Universal-Songs of Polygram International, Inc.'s Objections (Docket No. 187) are OVERRULED. The Report and Recommendation of the Magistrate Judge (Docket No. 177) is ADOPTED and APPROVED.

Accordingly, Motion of Defendant Universal-Songs of Polygram International, Inc. for Partial Summary Judgment (Docket No. 55) is GRANTED in part and DENIED in part. Defendant Universal-Songs of Polygram International, Inc.'s Motion for Partial Summary Judgment is GRANTED with respect to any claims accruing prior to May 12, 2002 and DENIED as to those claims arising from the foreign exploitation of "I Know You Got Soul", from derivative works of "I Know You Got Soul" and for any income received from BMI for public performance of "I Know You Got Soul" .

The trial of this matter remains set for September 25, 2007 at 9:00 a.m. with a pretrial conference on September 17, 2007 at 9:00 a.m.

IT IS SO ORDERED.

                                                      TODD J. CAMPBELL
                                                     UNITED STATES DISTRICT JUDGE