UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| BRIDGEPORT MUSIC, INC., et al. | ) | |
| | ) | |
| v. | ) | No. 3:05-0377 |
| | ) | JUDGE CAMPBELL |
| ROBERT HILL MUSIC, et al. | ) | |

ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation dated April 20, 2007 (Docket No. 251), and objections filed by Defendant UMG Recordings, Inc. (Docket No. 254).

The Court has independently reviewed the Magistrate Judge's findings and conclusions, the objections, and the entire record. The Defendant's objections are without merit and overruled. The Report and Recommendation is ADOPTED and APPROVED in its entirety. Accordingly, Defendant UMG Recordings, Inc.'s Motion For Partial Summary Judgment (Docket No. 205) is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE