IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| BRIDGEPORT MUSIC, INC. | ) |
| | ) |
| v. | ) NO. 3:05-0377 |
| | ) JUDGE CAMPBELL |
| ROBERT HILL MUSIC, et al. | ) |

## ORDER

Pending before the Court are Report and Recommendation of the Magistrate Judge (Docket No. 323) and Defendant UMG Recordings, Inc.'s Objections thereto (Docket No. 324).

For the reasons stated in the accompanying Memorandum, the Objections of the Defendant are overruled and the Report and Recommendation of the Magistrate Judge is adopted and approved, but for additional reasons.

Accordingly, Plaintiff's Motion for Summary Judgment (Docket No. 260) is GRANTED, and Defendant UMG's Counterclaim (Docket No. 204) is DISMISSED.

Having dismissed Defendants' Counterclaim, the Motion for Severance and Consolidation filed by Defendant UMG Recordings, Inc. (Docket No. 258) is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE